IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GUADALUPE MARTINEZ SANDOVAL, #51840-079                    PLAINTIFF

VS.                                        CIVIL ACTION NO.  5:08cv11DCB-MTP

JACKSON MISSISSIPPI HOSPITAL, ET AL                        DEFENDANTS


JUDGMENT

This matter having come on to be heard on this date upon the Report and

Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after

a full review of the record, having adopted said Report and Recommendation as the finding of

this Court by Order dated this day, finds that Defendant's Motion to Dismiss or, in the

Alternative, for Summary Judgment [27] should be granted, and that this matter should be

dismissed without prejudice for Plaintiff's failure to exhaust administrative remedies.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion to

Dismiss, or, in the Alternative, for Summary Judgment [27] is granted, and the above captioned

cause be, and the same is hereby, dismissed without prejudice for Plaintiff's failure to exhaust

administrative remedies..

SO ORDERED this the ___13th___ day of  July, 2009.


                              ___s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE